U.S. District Court
Wisconsin Eastern
AUG 5 2019
FILED
Stephen C. Dries, Clerk

Case: 16-CR-175

Honorable Judge Lynn Adelman,

Hello Your Honor, my name is Yosvany Padilla-Conde, I will be sentenced in your courtroom on August 7th, 2019, and I would like the opportunity to express myself in this short letter, since I will be very nervous at court, and I don't want to forget the things I want to say when it is time to speak.

I regret deeply what I did, and my words and actions I regret daily. I am a person that is very grateful for my upbringing, and joy that this country has brought to me. So I am embarrased for the words and actions that has brought me in this predicament. I know I cannot change th past by only being remorseful, but I can make things right in the now and turn my future for the better.

In the last 3 years of jail, I paid a heavy price for my actions. I experienced being away from my son this whole time, which has been the most painful of them all for me. I lost my grandmother, had to get divorced, and made my family suffer because of my actions, especially my mother who is sick. And I want to reverse this damage I have done to others and myself.

I have tried to use my time wisely. I gained by taking courses that has made me better. I took courses on parenting, on positive thinking and behavior, evaluated my thinking and myself. I have also bettered myself through school programs, connected with positive role models in the community, and positive role models from churches that have helped me while here, and will continue once I am out. Along with the positive support from my mother, brother, and significant other.

Once I am released I plan to reconnect with my son that I love very much. Show gratitude to my family that encouraged me in my difficult time. I plan on retaking my career as a welder, or a barber, and being the best father I can.

Your Honor, I ask of you for a second chance. I will accept any type of supervision, to show that I'am not a bad man, I made a mistake, and wish to do good. I would never think of being involved in any way something like this. My focus is my family, raising my child, I grew up without a father, and wouldn't want this for my son.

I sincerely ask from you a second opportunity, and I thank you for your time and patience in reading my letter.

Truly,

*[signature]*

Yosvany Padilla-Conde

Enclosed: Letter from instructor at waukesha county jail through WCTC.