August 1, 2019

To honorable judge

I, Mirta Conde the mother of Yosvany Padilla Conde am writing to you in behave of my son. My son is a good person; I know he has made some mistake bur I know he has learned from them. He will never do anything to harm anyone. He has been a good son, always concern of my wellbeing. I know he has suffered a lot since his dad died. However because of that he is very compassioned person and he is always willing to help everyone.

I am asking if you can let my son to come and live with me in Orlando Florida. I will be responsible for him and I will take care of him. I am sure that he did not have to do anything for what he is been accused. My son is a Cristian and he was raised in the Seventh Day Adventist church. I wish he will be here with me, so that he can get a job and go to church with me.

I appreciate your consideration and gave him the opportunity to prove that he is good citizen and that he love his family specially his son.

Sincerely yours:

*(signature)*
Mirta Conde

Sworn to and Subscribed before me, 8/1/2019

ANAIS GONZALEZ
MY COMMISSION # GG 221570
EXPIRES: July 5, 2022
Bonded Thru Notary Public Underwriters

ID- Florida Driver License.
C-533-540-69-626-0